**Form 237**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert J. Kane Jr.** | : | Case No. 13−21131−GLT |
| **Jill S. Kane** | : | Chapter: 13 |
| **fka Jill S. Miller** | : | |
| *Debtor(s)* | : | |
| | : | |
| DLJ Mortgage Capital, Inc. | : | Related to Claim No. 3 |
| *Movant,* | : | |
| | : | |
| v. | : | |
| Robert J. Kane Jr. | : | |
| Jill S. Kane | : | |
| fka Jill S. Miller | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

  **AND NOW**, this **12th day of July, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *DLJ Mortgage Capital, Inc.* at Claim No. 3 in the above−captioned bankruptcy case,

  It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

  (1) an *AMENDED CHAPTER 13 PLAN;*

  (2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

  (3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

  *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 13-21131-GLT
Robert J. Kane, Jr.                                                                 Chapter 13
Jill S. Kane
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: jbre              Page 1 of 2         Date Rcvd: Jul 12, 2016
                            Form ID: 237            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
db/jdb          Robert J. Kane, Jr.,   Jill S. Kane,   4885-A McKnight Road,   Suite 133,
                 Pittsburgh, PA 15237
aty            +Joshua I. Goldman,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
13621099       +DLJ Mortgage Capital, Inc.,,   By and Through its Loan Servicing Agent,
                 Select Portfolio Servicing, Inc.,   PO Box 65450,   Salt Lake City, UT 84165-0450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   DLJ Mortgage Capital, Inc. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew M. Lubin    on behalf of Creditor   DLJ Mortgage Capital, Inc. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Brian C. Thompson    on behalf of Debtor Robert J. Kane, Jr. bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;nfulk@thompsonatt
               orney.com;mhodge@thom
              Brian C. Thompson    on behalf of Plaintiff Robert J. Kane, Jr. bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;nfulk@thompsonatt
               orney.com;mhodge@thom
              Brian C. Thompson    on behalf of Joint Debtor Jill S. Kane bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;nfulk@thompsonatt
               orney.com;mhodge@thom
              Dorothy A. Davis    on behalf of Creditor    Select Portfolio Servicing, Inc
               ddavis@eckertseamans.com
              Harry A. Readshaw    on behalf of Creditor    Select Portfolio Servicing, Inc
               hreadshaw@eckertseamans.com, readshaw4@yahoo.com
              Jill Manuel-Coughlin    on behalf of Creditor   DLJ Mortgage Capital, Inc. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Keri P. Ebeck    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               kebeck@weltman.com,  jbluemle@weltman.com
              Kristen D. Little    on behalf of Creditor   DLJ Mortgage Capital, Inc., et al. pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor   DLJ Mortgage Capital, Inc.
               mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Defendant    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net,  donnal@mortoncraig.com;mhazlett@mortoncraig.com

```
District/off: 0315-2          User: jbre              Page 2 of 2            Date Rcvd: Jul 12, 2016
                              Form ID: 237            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          William E. Craig    on behalf of Creditor    American Honda Finance Corporation
           mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                                                          TOTAL: 17