Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert J. Kane Jr.**
**Jill S. Kane**
**fka Jill S. Miller**
   Debtor(s)

Bankruptcy Case No.: 13–21131–GLT
Related to Docket No. 203
Chapter: 13
Docket No.: 204 – 203
Concil. Conf.: January 26, 2017 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **December 12, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **January 3, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **January 26, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 28, 2016

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-21131-GLT
Robert J. Kane, Jr.                                                   Chapter 13
Jill S. Kane
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak                 Page 1 of 4                Date Rcvd: Oct 28, 2016
                              Form ID: 213               Total Noticed: 99

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2016.
```
db/jdb         Robert J. Kane, Jr.,    Jill S. Kane,    4885-A McKnight Road,    Suite 133,
                Pittsburgh, PA 15237
aty           +vde13,    Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                Pittsburgh, PA 15219-2719
cr            +DLJ Mortgage Capital, Inc., et al.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +Wells Fargo Bank, N.A. dba Wells Fargo Dealer Serv,    P.O. Box 1879,
                Winterville, NC 28590-1879
13590404      +Alan M. Timko, DMD,    9401 McKnight Road, Suite 301-A,    Pittsburgh, PA 15237-6000
13590405      +Alle Kiski Medical Center,    1620 Pacific Avenue,    Natrona Heights, PA 15065-2101
13590406      +Allegheny General Hospital,    PO Box 94609,    Cleveland, OH 44101-4609
13590407      +Allegheny Medical Practice Network,    PO Box 73582,    Cleveland, OH 44193-0002
13590408      +Allegheny Radiology Assoc., Ltd.,    PO Box 49,    Pittsburgh, PA 15230-0049
13590409      +Allegheny Spec Pract Network,    PO Box 951845,    Cleveland, OH 44193-0020
13590411      +Anesthesia Associate of Western PA,    PO Box 73221,    Cleveland, OH 44193-0002
13590413      +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13590414      +Beroes Law Center,    4054 Penn Avenue,    Pittsburgh, PA 15224-1336
13590420      +CBCS,    PO Box 164059,    Columbus, OH 43216-4059
13590418       Capital One,    PO Box 71083,    Charlotte, NC 28272-1083
13590421      +Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
13590422      +Citifinancial Retail Services,    2035 W. 4th St.,    Tempe, AZ 85281-7206
13590423       Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
13590424      +Commonwealth Financial Systems,    120 N. Keyser Avenue,    Scranton, PA 18504-9701
13590425      +Community College of Allegheny County,    800 Allegheny Ave,    Pittsburgh, PA 15233-1895
13590426      +Computer Credit Inc.,    640 West Fourth Street,    PO Box 5238,    Winston Salem, NC 27113-5238
13590429      +D. Michael Dendy,    PO Box 742245,    Houston, TX 77274-2245
13590431     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court:  Direct TV,     PO Box 78626,    Phoenix, AZ 85062)
13621099      +DLJ Mortgage Capital, Inc.,,    By and Through its Loan Servicing Agent,
                Select Portfolio Servicing, Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
13590430      +Delatore Orthotics and Prosthetics, Inc.,    PO Box 951784,    Cleveland, OH 44193-0019
13590434      +Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
13668392      +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                Pittsburgh, PA 15212-5860
13590436      +Farid Naffah, MD,    9225 East Market Street,    Warren, OH 44484-5517
13590438      +Fitness 19 PA 180,    3380 McIntyre Square Dr.,    Pittsburgh, PA 15237-4096
13590439      +Frederic I. Weinberg, Esquire,    1001 E. Hector Street, Ste. 220,    Conshohocken, PA 19428-2395
13590441      +Gilliland Vanasedale Papp Law Office LLC,    1667 Route 228, Suite 300,
                Cranberry Twp, PA 16066-5326
13590442      +Guitar Center,    Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
13590443      +Hollis G. Price, Jr.,    6100 Corporate Drive, Suite 460,    Houston, TX 77036-3436
13590446      +JSO Associates in Pathology,    PO Box 28,    Washington, PA 15301-0028
13590447      +Kapp's Lawn Specialists,    1900 Sheena Drive,    Pittsburgh, PA 15239-1782
13590449      +Law Offices of Alan M. Laskin,    9381 East Stockton Blvd., Suite 116,
                Elk Grove, CA 95624-5069
13590450       Leech Tishman Fuscaldo & Lampl,    30th Floor, 525 William Penn Place,    Pittsburgh, PA 15219
13590452      +M.C.S.,    PO Box 28,    Washington, PA 15301-0028
13590453      +MBNA America,    PO Box 15287,    Wilmington, DE 19850-5287
13590454      +Med Express Billing,    PO Box 719,    Dellslow, WV 26531-0719
13590455      +Medicredit Inc.,    13730 South Point Blvd.,    Charlotte, NC 28273-7715
13590456      +Monogram Credit Card of Atlanta,    PO Box 530919,    Atlanta, GA 30353-0919
13590457      +Municipal Authority Borough of West View,    210 Perry Highway,    Pittsburgh, PA 15229-1862
13590459      +NCO Financial Systems, Inc.,    PO Box 12100, Dept 64,    Trenton, NJ 08650-2100
13590461      +NTD Laboratories,    403 Oakwood Road,    Huntington Station, NY 11746-7207
13590458      +National Action Financial Services,    PO Box 9027,    Buffalo, NY 14231-9027
13590460      +Northeast Credit & Collect,    PO Box 3358,    Scranton, PA 18505-0358
13590462      +Ohio Dept. of Human Services,    106 High St. NW,    PO Box 1350,    Warren, OH 44482-1350
13590463      +Oxford Athletic Club,    100 Village Club Drive,    Wexford, PA 15090-8654
13590465      +Pompa Health Solutions,    145 Lake Drive, Suite 104,    Wexford, PA 15090-8473
13590466       Powers, Kirn & Javardian LLC,    Suite 200,    Moorestown, NJ 08057
13590467      +Quest Diagnostics,    PO Box 64378,    Baltimore, MD 21264-4378
13590470       SPS Select Portfolio Servicing,    PO Box 65640,    Salt Lake City, UT 84165
13590469     #+Siciliano & Gallitto PLL,    1045 Tiffany South, Suite 2,    Youngstown, OH 44514-1980
13590471      +Stamps.com,    PO Box 202928,    Dallas, TX 75320-2928
13590472      +State Collection Service, Inc.,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13590473      +Sun Trust Mortgage Company,    PO Box 85526,    Richmond, VA 23285-5526
13590474      +Tek-Collect,    PO Box 1269,    Columbus, OH 43216-1269
13590475      +Township of Ross Sanitary Sewer,    c/o Jordan Tax Service,    102 Rahway Road,
                McMurray, PA 15317-3349
13590477      +UPMC Magee Womens Hospital,    PO Box 382059,    Pittsburgh, PA 15250-0001
13590480      +UPMC Presbyterian Shadyside,    PO Box 382059,    Pittsburgh, PA 15250-0001
```

```
District/off: 0315-2          User: ctak                   Page 2 of 4                   Date Rcvd: Oct 28, 2016
                              Form ID: 213                 Total Noticed: 99

13590476       +United Collection Bureau, Inc.,    PO Box 140190,    Toledo, OH 43614-0190
13590481       +Van Ru Credit Corp.,    PO Box 498,    Park Ridge, IL 60068-0498
13590490       +WFNNB/Victoria Secret,    PO Box 659728,    San Antonio, TX 78265-9728
13590483       +Weinstein Imaging Associates,    1145 Bower Hill Rd.,    Pittsburgh, PA 15243-1342
13590484       +Wells Fargo Auto Finance,    PO Box 29704,    Phoenix, AZ 85038-9704
13613764        Wells Fargo Bank, N.A.,    dba Wells Fargo Dealer Services,    P.O. Box 19657,
                 Irvine, CA 92623-9657
13590486       +West Penn Hospital,    PO Box 931071,    Cleveland, OH 44193-0004
13590487       +Western PA OB/Gyn Multispecialists, PC,    PO Box 90261,    Pittsburgh, PA 15224-0761
13590488       +Western PA Women’s Healthcare Associate,    850 Clairton Blvd., Suite 3100,
                 Pittsburgh, PA 15236-4585
13590489        Western Pennsylvania Hospital,    PO Box 951960,    Cleveland, OH 44193-0021
13590491       +Wolpoff & Abramson LLP,    4660 Trinble Road,    Suite 300,    Camp Hill, PA 17011-5610
13590492       +Women’s Health Group,    Mellon Pavillion,    4815 Liberty Ave., Ste M54,
                 Pittsburgh, PA 15224-2156
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 29 2016 04:22:11
                 American Honda Finance Corporation,    3625 W. Royal Lane #200,    Irving, TX  75063
13604752        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 29 2016 04:22:11
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
13590444        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 29 2016 04:22:11     Honda Financial Services,
                 PO Box 7829,    Philadelphia, PA 19101
13590410       +E-mail/Text: bkrpt@retrievalmasters.com Oct 29 2016 04:21:55
                 American Medical Collection Agency,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-1615
13590412       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 29 2016 04:21:51     Asset Acceptance Corp.,
                 PO box 2036,    Warren, MI 48090-2036
13590415       +E-mail/Text: ebn@squaretwofinancial.com Oct 29 2016 04:22:30     CACH, LLC,
                 4340 S. Monaco Street, 2nd Fl.,    Denver, CO 80237-3485
13590416        E-mail/Text: bankruptcy@cavps.com Oct 29 2016 04:22:23     Calvary Portfolio Services LLC,
                 7 Skyline Drive, Third Floor,    Hawthorne, NY 10532
13590419        E-mail/Text: bankruptcy@cavps.com Oct 29 2016 04:22:23     Cavalry Portfolio Services,
                 7 Skyline Drive, 3rd Floor,    Hawthorne, NY 10532
13590417       +E-mail/Text: cms-bk@cms-collect.com Oct 29 2016 04:21:31     Capital Management Services, LP,
                 726 Exchange Street, Ste 700,    Buffalo, NY 14210-1464
13656245       +E-mail/Text: bankruptcy@cavps.com Oct 29 2016 04:22:23     Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13590428       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Oct 29 2016 04:22:29
                 Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13590433       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 29 2016 04:22:43     Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13643699       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 29 2016 04:22:43     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13590435       +E-mail/Text: j.simonson@everprof.com Oct 29 2016 04:21:55     Evergreen Professional Recoveries,
                 12100 NE 195th St. #325,    Bothell, WA 98011-5768
13590437        E-mail/Text: data_processing@fin-rec.com Oct 29 2016 04:21:30
                 Financial Recovery Services Inc,    P.O.Box 385908,    Minneapolis, MN 55438-5908
13590440        E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:26:33     GE Money Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
13590445       +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2016 03:31:57     JC Penney,    PO Box 981131,
                 El Paso, TX 79998-1131
13590451       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2016 03:26:47     LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
13679051        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2016 03:29:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13671345        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 29 2016 04:43:02
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13590468       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2016 03:26:46
                 Sherman Originator LLC,    PO Box 10497,    Greenville, SC 29603-0497
13590478       +E-mail/Text: BankruptcyNotice@upmc.edu Oct 29 2016 04:22:36     UPMC Passavant,
                 Attn: Bankruptcy Dept.,    9100 Babcock Blvd.,    Pittsburgh, PA 15237-5815
13590479       +E-mail/Text: BankruptcyNotice@upmc.edu Oct 29 2016 04:22:36     UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor - Customer Service,    Pittsburgh, PA 15233-2213
13590482       +E-mail/Text: rmcbknotices@wm.com Oct 29 2016 04:22:37     Waste Management,
                 625 Cherrington Parkway,    Coraopolis, PA 15108-4321
                                                                                              TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DLJ Mortgage Capital, Inc.
cr             DLJ Mortgage Capital, Inc.
cr             Select Portfolio Servicing, Inc
13590432       Diversified Collections, Inc.,    Hempfield Industrial Park,    PO Box 200
```

```
District/off: 0315-2          User: ctak                Page 3 of 4                  Date Rcvd: Oct 28, 2016
                              Form ID: 213              Total Noticed: 99

13590427      ##+Convergent Outsourcing,    10750 Hammerly Blvd., #200,    Houston, TX 77043-2317
13590448      ##+Law Office of Joe Pezzuto, LLC,    4013 E. Broadway, Suite A2,    Phoenix, AZ 85040-8818
13590464      ##+Pentagroup Financial, LLC,    PO Box 742209,    Houston, TX 77274-2209
13590485      ##+West Penn Allegheny Health System,    2 Alleghny Center,    Sixth Floor,
                Pittsburgh, PA 15212-5402
                                                                                         TOTALS: 4, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    DLJ Mortgage Capital, Inc. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew M. Lubin    on behalf of Creditor    DLJ Mortgage Capital, Inc. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Brian C. Thompson    on behalf of Joint Debtor Jill S. Kane bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Debtor Robert J. Kane, Jr. bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Plaintiff Robert J. Kane, Jr. bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Dorothy A. Davis    on behalf of Creditor    Select Portfolio Servicing, Inc
               ddavis@eckertseamans.com
              Harry A. Readshaw    on behalf of Creditor    Select Portfolio Servicing, Inc
               hreadshaw@eckertseamans.com,    readshaw4@yahoo.com
              Jill Manuel-Coughlin    on behalf of Creditor    DLJ Mortgage Capital, Inc. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joshua I. Goldman    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               kebeck@weltman.com,    jbluemle@weltman.com
              Kristen D. Little    on behalf of Creditor    DLJ Mortgage Capital, Inc., et al. pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Defendant    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
```

```
District/off: 0315-2          User: ctak                 Page 4 of 4            Date Rcvd: Oct 28, 2016
                              Form ID: 213               Total Noticed: 99
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 18