Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert J. Kane Jr.** | : | Case No. 13−21131−GLT |
| **Jill S. Kane** | : | Chapter: 13 |
| **fka Jill S. Miller** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Docket no. 203 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     *AND NOW,* this **11th day of January, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 13-21131-GLT
Robert J. Kane, Jr.                                                   Chapter 13
Jill S. Kane
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 4               Date Rcvd: Jan 11, 2017
                              Form ID: 309            Total Noticed: 100

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
```
db/jdb          Robert J. Kane, Jr.,    Jill S. Kane,    4885-A McKnight Road,    Suite 133,
                 Pittsburgh, PA 15237
aty            +vde13,   Office of the Chapter 13 Trustee,    Suite 3250 US Steel Tower,    600 Grant Street,
                 Pittsburgh, PA 15219-2719
cr             +DLJ Mortgage Capital, Inc., et al.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Wells Fargo Bank, N.A. dba Wells Fargo Dealer Serv,     P.O. Box 1879,
                 Winterville, NC 28590-1879
13590404       +Alan M. Timko, DMD,    9401 McKnight Road, Suite 301-A,    Pittsburgh, PA 15237-6000
13590405       +Alle Kiski Medical Center,    1620 Pacific Avenue,    Natrona Heights, PA 15065-2101
13590406       +Allegheny General Hospital,    PO Box 94609,    Cleveland, OH 44101-4609
13590407       +Allegheny Medical Practice Network,    PO Box 73582,    Cleveland, OH 44193-0002
13590408       +Allegheny Radiology Assoc., Ltd.,    PO Box 49,    Pittsburgh, PA 15230-0049
13590409       +Allegheny Spec Pract Network,    PO Box 951845,    Cleveland, OH 44193-0020
13590411       +Anesthesia Associate of Western PA,    PO Box 73221,    Cleveland, OH 44193-0002
13590414       +Beroes Law Center,    4054 Penn Avenue,    Pittsburgh, PA 15224-1336
13590421       +Chase Bank,    PO Box 24696,    Columbus, OH 43224-0696
13590422       +Citifinancial Retail Services,    2035 W. 4th St.,    Tempe, AZ 85281-7206
13590423        Comcast,    PO Box 3002,    Southeastern, PA 19398-3002
13590424       +Commonwealth Financial Systems,    120 N. Keyser Avenue,    Scranton, PA 18504-9701
13590425       +Community College of Allegheny County,    800 Allegheny Ave,    Pittsburgh, PA 15233-1895
13590426       +Computer Credit Inc.,    640 West Fourth Street,    PO Box 5238,    Winston Salem, NC 27113-5238
13590429       +D. Michael Dendy,    PO Box 742245,    Houston, TX 77274-2245
13621099       +DLJ Mortgage Capital, Inc.,,    By and Through its Loan Servicing Agent,
                 Select Portfolio Servicing, Inc.,    PO Box 65450,    Salt Lake City, UT 84165-0450
13590430       +Delatore Orthotics and Prosthetics, Inc.,    PO Box 951784,    Cleveland, OH 44193-0019
13590434       +Equitable Gas,    PO Box 6766,    Pittsburgh, PA 15212-0766
13668392       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13590436       +Farid Naffah, MD,    9225 East Market Street,    Warren, OH 44484-5517
13590438       +Fitness 19 PA 180,    3380 McIntyre Square Dr.,    Pittsburgh, PA 15237-4096
13590439       +Frederic I. Weinberg, Esquire,    1001 E. Hector Street, Ste. 220,    Conshohocken, PA 19428-2395
13590441       +Gilliland Vanasadale Papp Law Office LLC,    1667 Route 228, Suite 300,
                 Cranberry Twp, PA 16066-5326
13590443       +Hollis G. Price, Jr.,    6100 Corporate Drive, Suite 460,    Houston, TX 77036-3436
13590446       +JSO Associates in Pathology,    PO Box 28,    Washington, PA 15301-0028
13590447       +Kapp's Lawn Specialists,    1900 Sheena Drive,    Pittsburgh, PA 15239-1782
13590449       +Law Offices of Alan M. Laskin,    9381 East Stockton Blvd., Suite 116,
                 Elk Grove, CA 95624-5069
13590450        Leech Tishman Fuscaldo & Lampl,    30th Floor, 525 William Penn Place,    Pittsburgh, PA 15219
13590452       +M.C.S.,    PO Box 28,    Washington, PA 15301-0028
13590454       +Med Express Billing,    PO Box  719,    Dellslow, WV 26531-0719
13590455       +Medicredit Inc.,    13730 South Point Blvd.,    Charlotte, NC 28273-7715
13590456       +Monogram Credit Card of Atlanta,    PO Box 530919,    Atlanta, GA 30353-0919
13590457       +Municipal Authority Borough of West View,    210 Perry Highway,    Pittsburgh, PA 15229-1862
13590459       +NCO Financial Systems, Inc.,    PO Box 12100, Dept 64,    Trenton, NJ 08650-2100
13590461       +NTD Laboratories,    403 Oakwood Road,    Huntington Station, NY 11746-7207
13590458       +National Action Financial Services,    PO Box 9027,    Buffalo, NY 14231-9027
13590460       +Northeast Credit & Collect,    PO Box 3358,    Scranton, PA 18505-0358
13590462       +Ohio Dept. of Human Services,    106 High St. NW,    PO Box 1350,    Warren, OH 44482-1350
13590463       +Oxford Athletic Club,    100 Village Club Drive,    Wexford, PA 15090-8654
13590465       +Pompa Health Solutions,    145 Lake Drive, Suite 104,    Wexford, PA 15090-8473
13590466        Powers, Kirn & Javardian LLC,    Suite 200,    Moorestown, NJ 08057
13590467       +Quest Diagnostics,    PO Box 64378,    Baltimore, MD 21264-4378
13590470        SPS Select Portfolio Servicing,    PO Box 65640,    Salt Lake City, UT 84165
13590469      #+Siciliano & Gallitto PLL,    1045 Tiffany South, Suite 2,    Youngstown, OH 44514-1980
13590471       +Stamps.com,    PO Box 202928,    Dallas, TX 75320-2928
13590472       +State Collection Service, Inc.,    2509 S. Stoughton Rd.,    Madison, WI 53716-3314
13590474       +Tek-Collect,    PO Box 1269,    Columbus, OH 43216-1269
13590475       +Township of Ross Sanitary Sewer,    c/o Jordan Tax Service,    102 Rahway Road,
                 McMurray, PA 15317-3349
13590477       +UPMC Magee Womens Hospital,    PO Box 382059,    Pittsburgh, PA 15250-0001
13590480       +UPMC Presbyterian Shadyside,    PO Box 382059,    Pittsburgh, PA 15250-0001
13590476       +United Collection Bureau, Inc.,    PO Box 140190,    Toledo, OH 43614-0190
13590481       +Van Ru Credit Corp.,    PO Box 498,    Park Ridge, IL 60068-0498
13590483       +Weinstein Imaging Associates,    1145 Bower Hill Rd.,    Pittsburgh, PA 15243-1342
13590486       +West Penn Hospital,    PO Box 931071,    Cleveland, OH 44193-0004
13590487       +Western PA OB/Gyn Multispecialists, PC,    PO Box 90261,    Pittsburgh, PA 15224-0761
13590488       +Western PA Women's Healthcare Associate,    850 Clairton Blvd., Suite 3100,
                 Pittsburgh, PA 15236-4585
13590489        Western Pennsylvania Hospital,    PO Box 951960,    Cleveland, OH 44193-0021
```

```
District/off: 0315-2            User: dbas                  Page 2 of 4                   Date Rcvd: Jan 11, 2017
                                Form ID: 309                Total Noticed: 100


13590491       +Wolpoff & Abramson LLP,    4660 Trinble Road,    Suite 300,    Camp Hill, PA 17011-5610
13590492       +Women's Health Group,    Mellon Pavillion,    4815 Liberty Ave., Ste M54,
                 Pittsburgh, PA 15224-2156
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: HNDA.COM Jan 12 2017 01:33:00      American Honda Finance Corporation,
                 3625 W. Royal Lane #200,    Irving, TX   75063
13604752        EDI: HNDA.COM Jan 12 2017 01:33:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
13590444        EDI: HNDA.COM Jan 12 2017 01:33:00      Honda Financial Services,    PO Box 7829,
                 Philadelphia, PA 19101
13590410       +EDI: RMCB.COM Jan 12 2017 01:33:00      American Medical Collection Agency,
                 4 Westchester Plaza,    Suite 110,    Elmsford, NY 10523-1615
13590412       +EDI: ACCE.COM Jan 12 2017 01:33:00      Asset Acceptance Corp.,    PO box 2036,
                 Warren, MI 48090-2036
13590413       +EDI: BANKAMER.COM Jan 12 2017 01:33:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886-5019
13590415       +EDI: STFC.COM Jan 12 2017 01:33:00      CACH, LLC,    4340 S. Monaco Street, 2nd Fl.,
                 Denver, CO 80237-3485
13590416        E-mail/Text: bankruptcy@cavps.com Jan 12 2017 01:38:02      Calvary Portfolio Services LLC,
                 7 Skyline Drive, Third Floor,    Hawthorne, NY 10532
13590419        E-mail/Text: bankruptcy@cavps.com Jan 12 2017 01:38:03      Cavalry Portfolio Services,
                 7 Skyline Drive, 3rd Floor,    Hawthorne, NY 10532
13590420       +EDI: CBCSI.COM Jan 12 2017 01:33:00      CBCS,    PO Box 164059,    Columbus, OH 43216-4059
13590417       +E-mail/Text: cms-bk@cms-collect.com Jan 12 2017 01:37:15      Capital Management Services, LP,
                 726 Exchange Street, Ste 700,    Buffalo, NY 14210-1464
13590418        EDI: CAPITALONE.COM Jan 12 2017 01:33:00      Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
13656245       +E-mail/Text: bankruptcy@cavps.com Jan 12 2017 01:38:02      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13590427       +EDI: CONVERGENT.COM Jan 12 2017 01:33:00      Convergent Outsourcing,
                 10750 Hammerly Blvd., #200,    Houston, TX 77043-2317
13590428       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jan 12 2017 01:38:08
                 Credit Management Company,    2121 Noblestown Road,    PO Box 16346,    Pittsburgh, PA 15242-0346
13590431        EDI: DIRECTV.COM Jan 12 2017 01:33:00      Direct TV,    PO Box 78626,    Phoenix, AZ 85062
13590433       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 12 2017 01:38:21       Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13643699       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jan 12 2017 01:38:21       Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13590435       +E-mail/Text: j.simonson@everprof.com Jan 12 2017 01:37:49      Evergreen Professional Recoveries,
                 12100 NE 195th St. #325,    Bothell, WA 98011-5768
13590437        E-mail/Text: data_processing@fin-rec.com Jan 12 2017 01:37:15
                 Financial Recovery Services Inc,    P.O.Box 385908,    Minneapolis, MN 55438-5908
13590440        EDI: RMSC.COM Jan 12 2017 01:33:00      GE Money Bank,    PO Box 960061,    Orlando, FL 32896-0061
13590442       +EDI: HFC.COM Jan 12 2017 01:33:00      Guitar Center,    Retail Services,    PO Box 17602,
                 Baltimore, MD 21297-1602
13590445       +EDI: RMSC.COM Jan 12 2017 01:33:00      JC Penney,    PO Box 981131,    El Paso, TX 79998-1131
13590451       +EDI: RESURGENT.COM Jan 12 2017 01:33:00      LVNV Funding, LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
13679051        EDI: RESURGENT.COM Jan 12 2017 01:33:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13590453       +EDI: BANKAMER2.COM Jan 12 2017 01:33:00      MBNA America,    PO Box 15287,
                 Wilmington, DE 19850-5287
13671345        EDI: PRA.COM Jan 12 2017 01:33:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13590468       +EDI: RESURGENT.COM Jan 12 2017 01:33:00      Sherman Originator LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
13590473       +EDI: STF1.COM Jan 12 2017 01:33:00      Sun Trust Mortgage Company,    PO Box 85526,
                 Richmond, VA 23285-5526
13590478       +E-mail/Text: BankruptcyNotice@upmc.edu Jan 12 2017 01:38:14       UPMC Passavant,
                 Attn: Bankruptcy Dept.,    9100 Babcock Blvd.,    Pittsburgh, PA 15237-5815
13590479       +E-mail/Text: BankruptcyNotice@upmc.edu Jan 12 2017 01:38:14       UPMC Physician Services,
                 1650 Metropolitan Street,    Third Floor - Customer Service,    Pittsburgh, PA 15233-2213
13590490       +EDI: WFNNB.COM Jan 12 2017 01:33:00      WFNNB/Victoria Secret,    PO Box 659728,
                 San Antonio, TX 78265-9728
13590482       +E-mail/Text: rmcbknotices@wm.com Jan 12 2017 01:38:15      Waste Management,
                 625 Cherrington Parkway,    Coraopolis, PA 15108-4321
13590484       +EDI: WFFC.COM Jan 12 2017 01:33:00      Wells Fargo Auto Finance,    PO Box 29704,
                 Phoenix, AZ 85038-9704
13613764        EDI: WFFC.COM Jan 12 2017 01:33:00      Wells Fargo Bank, N.A.,
                 dba Wells Fargo Dealer Services,    P.O. Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 35
```

```
District/off: 0315-2             User: dbas                  Page 3 of 4                   Date Rcvd: Jan 11, 2017
                                 Form ID: 309                Total Noticed: 100


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DLJ Mortgage Capital, Inc.
cr             DLJ Mortgage Capital, Inc.
cr             Select Portfolio Servicing, Inc
13590432       Diversified Collections, Inc.,    Hempfield Industrial Park,    PO Box 200
13590448      ##+Law Office of Joe Pezzuto, LLC,    4013 E. Broadway, Suite A2,    Phoenix, AZ 85040-8818
13590464      ##+Pentagroup Financial, LLC,    PO Box 742209,    Houston, TX 77274-2209
13590485      ##+West Penn Allegheny Health System,    2 Alleghny Center,    Sixth Floor,
                 Pittsburgh, PA 15212-5402
                                                                                              TOTALS: 4, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    DLJ Mortgage Capital, Inc. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew M. Lubin    on behalf of Creditor    DLJ Mortgage Capital, Inc. alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Brian C. Thompson    on behalf of Joint Debtor Jill S. Kane bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Debtor Robert J. Kane, Jr. bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Brian C. Thompson    on behalf of Plaintiff Robert J. Kane, Jr. bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LaurenKelly@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgille
               spie@thompsonattorney.com;azema@ecf.inforuptcy.com;noreply@thompsonattorney.com;mhodge@thompsonat
               torney.com
              Dorothy A. Davis    on behalf of Creditor    Select Portfolio Servicing, Inc
               ddavis@eckertseamans.com
              Harry A. Readshaw    on behalf of Creditor    Select Portfolio Servicing, Inc
               hreadshaw@eckertseamans.com, readshaw4@yahoo.com
              James Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              Jill Manuel-Coughlin    on behalf of Creditor    DLJ Mortgage Capital, Inc. jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joshua I. Goldman    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               kebeck@weltman.com, jbluemle@weltman.com
              Kristen D. Little    on behalf of Creditor    DLJ Mortgage Capital, Inc., et al. pabk@logs.com
              Matthew Christian Waldt    on behalf of Creditor    DLJ Mortgage Capital, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-2          User: dbas              Page 4 of 4             Date Rcvd: Jan 11, 2017
                              Form ID: 309            Total Noticed: 100

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William E. Craig    on behalf of Defendant    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                             TOTAL: 19
```