**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>  ROBERT J. KANE, JR.<br>  JILL S. KANE<br>           Debtor(s)<br><br>  Ronda J. Winnecour<br>           Movant<br>        vs.<br>  No Repondents. | Case No.:13-21131 GLT<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 03/15/2013 and confirmed on 05/16/2013 . The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 86,083.92 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,083.92 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,524.06 | |
|    Trustee Fee | 3,138.83 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,662.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   DLJ MORTGAGE CAPITAL<br>    Acct: 6562 | 0.00 | 44,104.98 | 0.00 | 44,104.98 |
|   DLJ MORTGAGE CAPITAL<br>    Acct: 6562 | 0.00 | 0.00 | 0.00 | 0.00 |
|   DLJ MORTGAGE CAPITAL<br>    Acct: 6562 | 51,335.94 | 0.00 | 0.00 | 0.00 |
|   AMERICAN HONDA FINANCE CORP*<br>    Acct: 3583 | 36,525.00 | 17,686.46 | 5,400.27 | 23,086.73 |
|   WELLS FARGO BANK DBA WELLS FARGC<br>    Acct: 9842 | 26,837.70 | 7,108.81 | 5,278.12 | 12,386.93 |
| | | | | 79,578.64 |
| Priority | | | | |
|   BRIAN C THOMPSON ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ROBERT J. KANE, JR.<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THOMPSON LAW GROUP PC<br>    Acct: | 2,700.00 | 2,524.06 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| THOMPSON LAW GROUP PC | 5,000.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| THOMPSON LAW GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 842.39 | 0.00 | 842.39 |
|    Acct: XXXXXXXXX2362 | | | | |
| | | | | 842.39 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 275.98 | 0.00 | 0.00 | 0.00 |
|    Acct: 1003 | | | | |
| EQUITABLE GAS CO (*) | 182.81 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX5988 | | | | |
| ALAN TIMKO DMD | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XX2900 | | | | |
| ALLE KISKI MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXX0549 | | | | |
| ALLEGHENY GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX8390 | | | | |
| ALLEGHENY MEDICAL PRACTICE NETWOF | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX2860 | | | | |
| ALLEGHENY RADIOLOGY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXXXX3344 | | | | |
| ALLEGHENY SPECIAL PRACTICE NETWOF | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXX5334 | | | | |
| ANESTHESIA ASSOC OF W PA | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXX7593 | | | | |
| APRIL KANE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXR145 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX9042 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX9892 | | | | |
| BEROES LAW CENTER | 2,515.15 | 0.00 | 0.00 | 0.00 |
|    Acct: 7368 | | | | |
| CACH LLC/CACV/COLLECT AMERICA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXX2440 | | | | |
| CAVALRY PORTFOLIO SERVICES LLC(*) | 21,962.75 | 0.00 | 0.00 | 0.00 |
|    Acct: 8689 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 469.32 | 0.00 | 0.00 | 0.00 |
|    Acct: 2969 | | | | |
| CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX1375 | | | | |
| CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXXXXX7229 | | | | |
| COMCAST*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXX1028 | | | | |
| COMMUNITY COLLEGE-ALLEGHENY CO | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XX7437 | | | | |
| DELATORRE ORTHOTICS & PROSTHET++ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: X1012 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: XXXXX2298 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| FARID NAFFAH MD<br>Acct: X8119 | 0.00 | 0.00 | 0.00 | 0.00 |
| FITNESS 19 PA 180<br>Acct: 7368 | 0.00 | 0.00 | 0.00 | 0.00 |
| GECC CO/GE CONSUMER FINANCE<br>Acct: XXXXX7594 | 0.00 | 0.00 | 0.00 | 0.00 |
| GILLILAND VANASDALE EBERLE LAW<br>Acct: 4831 | 0.00 | 0.00 | 0.00 | 0.00 |
| GUITAR CENTER<br>Acct: XXXXXXXXXX6991 | 0.00 | 0.00 | 0.00 | 0.00 |
| GEMB/JCPENNEY++<br>Acct: XXXXXXX0438 | 0.00 | 0.00 | 0.00 | 0.00 |
| JSO ASSOCIATION IN PATHOLOGY<br>Acct: XXXXX0549 | 0.00 | 0.00 | 0.00 | 0.00 |
| KAPPS LAWN SPECIALISTS<br>Acct: X0147 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEECH TISHMAN ET AL LLC<br>Acct: X4862 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEECH TISHMAN ET AL LLC<br>Acct: X4863 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE<br>Acct: 9768 | 747.63 | 0.00 | 0.00 | 0.00 |
| MED EXPRESS BILLING<br>Acct: XXX0577 | 0.00 | 0.00 | 0.00 | 0.00 |
| MONOGRAM CREDIT CARD BANK GA<br>Acct: XXXXXXXX5208 | 0.00 | 0.00 | 0.00 | 0.00 |
| MUNIC AUTH OF WEST VIEW BORO<br>Acct: XXXXXXX0700 | 0.00 | 0.00 | 0.00 | 0.00 |
| NTD LABORATORIES<br>Acct: XX7048 | 0.00 | 0.00 | 0.00 | 0.00 |
| OHIO DEPARTMENT OF HUMAN RESOURC<br>Acct: XXXXXXX6904 | 0.00 | 0.00 | 0.00 | 0.00 |
| OXFORD ATHLETIC CENTER<br>Acct: XXX1438 | 0.00 | 0.00 | 0.00 | 0.00 |
| POMPA HEALTH SOLUTIONS<br>Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS++<br>Acct: XXXXX2862 | 0.00 | 0.00 | 0.00 | 0.00 |
| SICILIANO AND GALLITTO PLL<br>Acct: 3654 | 2,579.78 | 0.00 | 0.00 | 0.00 |
| STAMPS.COM<br>Acct: 4188 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOWNSHIP OF ROSS - SEWAGE<br>Acct: XXX0700 | 0.00 | 0.00 | 0.00 | 0.00 |
| MAGEE WOMENS HOSPITAL OF UPMC<br>Acct: 1778 | 0.00 | 0.00 | 0.00 | 0.00 |
| MAGEE WOMENS HOSPITAL OF UPMC<br>Acct: XX2433 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC PASSAVANT HOSPITAL<br>Acct: XX2443 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++<br>Acct: 1407 | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC PRESBYTERIAN SHADYSIDE<br>Acct: 1618 | 0.00 | 0.00 | 0.00 | 0.00 |
| WASTE MANAGEMENT* (PMT)<br>Acct: XXXXX5913 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEINSTEIN IMAGING ASSOC<br>Acct: X5416 | 0.00 | 0.00 | 0.00 | 0.00 |
| WEST PENN ALLEGHENY HEALTH SYSTEI | 0.00 | 0.00 | 0.00 | 0.00 |

| 13-21131 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 4 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured
  Acct: XXX0862
  WEST PENN HOSPITAL                                   0.00          0.00          0.00          0.00
  Acct: XXX2996
  KRISTEN D LITTLE ESQ                                 0.00          0.00          0.00          0.00
  Acct:
  WEST PENN HOSPITAL                                   0.00          0.00          0.00          0.00
  Acct: XXX7512
  WESTERN PA OB-GYN                                    0.00          0.00          0.00          0.00
  Acct: 8087
  WEST PA WOMENS HEALTHCARE                            0.00          0.00          0.00          0.00
  Acct: XXX7300
  WESTERN PENNSYLVANIA HOSPITAL                        0.00          0.00          0.00          0.00
  Acct: XXX7593
  VICTORIA'S SECRET                                    0.00          0.00          0.00          0.00
  Acct: XXXXX7407
  WOMENS HEALTH GROUP                                  0.00          0.00          0.00          0.00
  Acct: X1422
  AMERICAN HONDA FINANCE CORP*                     9,616.65          0.00          0.00          0.00
  Acct: 3583

***N O N E***

TOTAL PAID TO CREDITORS                                                                    80,421.03

  TOTAL CLAIMED
  PRIORITY            0.00
  SECURED       114,698.64
  UNSECURED      38.350.07

Date: 02/08/2017                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com