# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

In re:  
    ROBERT J. KANE, JR.  
    JILL S. KANE  
        Debtor(s)

Case No. 13-21131GLT

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/15/2013.

2) The plan was confirmed on 05/16/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 02/06/2015, 06/09/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/27/2016.

5) The case was dismissed on 01/11/2017.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 48.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $2,705.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $86,083.92 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $86,083.92

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,524.06 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,138.83 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,662.89

Attorney fees paid and disclosed by debtor:   $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALAN TIMKO DMD | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| ALLE KISKI MEDICAL CENTER | Unsecured | 655.28 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY GENERAL HOSPITAL | Unsecured | 1,198.27 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY MEDICAL PRACTICE NI | Unsecured | 1,786.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY RADIOLOGY++ | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| ALLEGHENY SPECIAL PRACTICE NE | Unsecured | 96.80 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP* | Secured | 46,146.44 | 46,141.65 | 36,525.00 | 17,686.46 | 5,400.27 |
| AMERICAN HONDA FINANCE CORP* | Unsecured | 0.00 | 0.00 | 9,616.65 | 0.00 | 0.00 |
| ANESTHESIA ASSOC OF W PA | Unsecured | 479.38 | NA | NA | 0.00 | 0.00 |
| APRIL KANE | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 1,796.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 11,598.00 | NA | NA | 0.00 | 0.00 |
| BEROES LAW CENTER | Unsecured | 3,413.93 | 2,515.15 | 2,515.15 | 0.00 | 0.00 |
| CACH LLC/CACV/COLLECT AMERIC/ | Unsecured | 1,796.08 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LLC | Unsecured | 20,508.00 | 21,962.75 | 21,962.75 | 0.00 | 0.00 |
| CHASE | Unsecured | 13,920.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*) | Unsecured | 4,260.93 | NA | NA | 0.00 | 0.00 |
| COMCAST*++ | Unsecured | 145.06 | NA | NA | 0.00 | 0.00 |
| COMMUNITY COLLEGE-ALLEGHENY | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| DELATORRE ORTHOTICS & PROSTHI | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV (*) - TRUSTEE PAYMENTS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| DLJ MORTGAGE CAPITAL | Secured | 149,413.00 | 190,053.25 | 0.00 | 44,104.98 | 0.00 |
| DLJ MORTGAGE CAPITAL | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| DLJ MORTGAGE CAPITAL | Secured | 0.00 | 51,335.94 | 51,335.94 | 0.00 | 0.00 |
| DOMESTIC RELATIONS OBLIGATION | Priority | NA | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 170.00 | 275.98 | 275.98 | 0.00 | 0.00 |
| EQUITABLE GAS CO (*) | Unsecured | 186.03 | 182.81 | 182.81 | 0.00 | 0.00 |
| EQUITABLE GAS CO (*) | Priority | NA | NA | NA | 842.39 | 0.00 |
| FARID NAFFAH MD | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| FITNESS 19 PA 180 | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| GECC CO/GE CONSUMER FINANCE | Unsecured | 1,028.35 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| GEMB/JCPENNEY++ | Unsecured | 889.00 | NA | NA | 0.00 | 0.00 |
| GILLILAND VANASDALE EBERLE LA | Unsecured | 1,493.72 | NA | NA | 0.00 | 0.00 |
| GUITAR CENTER | Unsecured | 692.00 | NA | NA | 0.00 | 0.00 |
| JSO ASSOCIATION IN PATHOLOGY | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| KAPPS LAWN SPECIALISTS | Unsecured | 85.18 | NA | NA | 0.00 | 0.00 |
| LEECH TISHMAN ET AL LLC | Unsecured | 758.71 | NA | NA | 0.00 | 0.00 |
| LEECH TISHMAN ET AL LLC | Unsecured | 1,422.50 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 1,871.00 | 747.63 | 747.63 | 0.00 | 0.00 |
| MAGEE WOMENS HOSPITAL OF UPM | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| MAGEE WOMENS HOSPITAL OF UPM | Unsecured | 585.50 | NA | NA | 0.00 | 0.00 |
| MED EXPRESS BILLING | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| MONOGRAM CREDIT CARD BANK G | Unsecured | 1,906.00 | NA | NA | 0.00 | 0.00 |
| MUNIC AUTH OF WEST VIEW BORO | Unsecured | 78.13 | NA | NA | 0.00 | 0.00 |
| NTD LABORATORIES | Unsecured | 97.50 | NA | NA | 0.00 | 0.00 |
| OHIO DEPARTMENT OF HUMAN RES | Unsecured | 749.00 | NA | NA | 0.00 | 0.00 |
| OXFORD ATHLETIC CENTER | Unsecured | 791.00 | NA | NA | 0.00 | 0.00 |
| POMPA HEALTH SOLUTIONS | Unsecured | 496.68 | NA | NA | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC | Unsecured | 302.00 | 469.32 | 469.32 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS++ | Unsecured | 440.93 | NA | NA | 0.00 | 0.00 |
| SICILIANO AND GALLITTO PLL | Unsecured | 2,579.78 | 2,579.78 | 2,579.78 | 0.00 | 0.00 |
| STAMPS.COM | Unsecured | 63.96 | NA | NA | 0.00 | 0.00 |
| TOWNSHIP OF ROSS - SEWAGE | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| UPMC PASSAVANT HOSPITAL | Unsecured | 204.00 | NA | NA | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES++ | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| UPMC PRESBYTERIAN SHADYSIDE | Unsecured | 321.40 | NA | NA | 0.00 | 0.00 |
| VICTORIA'S SECRET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WASTE MANAGEMENT* (PMT) | Unsecured | 68.84 | NA | NA | 0.00 | 0.00 |
| WEINSTEIN IMAGING ASSOC | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK DBA WELLS FA | Secured | 46,038.60 | 26,837.70 | 26,837.70 | 7,108.81 | 5,278.12 |
| WEST PA WOMENS HEALTHCARE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN ALLEGHENY HEALTH S | Unsecured | 212.76 | NA | NA | 0.00 | 0.00 |
| WEST PENN HOSPITAL | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN HOSPITAL | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| WESTERN PA OB-GYN | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| WESTERN PENNSYLVANIA HOSPITA | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| WOMENS HEALTH GROUP | Unsecured | 1,054.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $44,104.98 | $0.00 |
| Mortgage Arrearage | $51,335.94 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $63,362.70 | $24,795.27 | $10,678.39 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$114,698.64** | **$68,900.25** | **$10,678.39** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $842.39 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$842.39** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$38,350.07** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,662.89 |
| Disbursements to Creditors | $80,421.03 |
| **TOTAL DISBURSEMENTS** : | **$86,083.92** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/07/2017                By: /s/ Ronda J. Winnecour
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**